**No. 10-6934. In re Jimmy Richard Husband, Petitioner.**

562 U.S. 1196, 131 S. Ct. 1041, 178 L. Ed. 2d 860, 2011 U.S. LEXIS 672.

January 18, 2011. Petition for rehearing denied. Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 1043, 131 S. Ct. 612, 178 L. Ed. 2d 455, 2010 U.S. LEXIS 8909.

**No. 09-10968. Po Kee Wong, Petitioner v. United States.**

562 U.S. 1196, 131 S. Ct. 1041, 178 L. Ed. 2d 860, 2011 U.S. LEXIS 626.

January 18, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 857, 131 S. Ct. 126, 178 L. Ed. 2d 76, 2010 U.S. LEXIS 6205.

**No. 10-5532. Jesse F. Reece, Sr., Petitioner v. Countrywide Home Loans, et al.**

562 U.S. 1196, 131 S. Ct. 1041, 178 L. Ed. 2d 860, 2011 U.S. LEXIS 676.

January 18, 2011. Motion for leave to file a petition for rehearing denied.

Former decision, 562 U.S. 927, 131 S. Ct. 314, 178 L. Ed. 2d 205, 2010 U.S. LEXIS 7192.

**No. 10-136. Robert Horel, Warden, Petitioner v. Felix Solorio Valdovinos.**

562 U.S. 1196, 131 S. Ct. 1042, 178 L. Ed. 2d 860, 2011 U.S. LEXIS 1035, ■

January 24, 2011. Motion of respondent for leave to proceed in forma pauperis granted. On petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit. Petition for writ of certiorari granted. Judgment vacated, and case remanded to the United States Court of Appeals for the Ninth Circuit for further consideration in light of Harrington v. Richter, 562 U.S. 86, 131 S. Ct. 770, 178 L. Ed. 2d 624 (2011).

Same case below, 598 F.3d 568.

**No. 10-7875. Marlin E. Jones, Petitioner v. Midstates Development, Inc., et al.**

562 U.S. 1197, 131 S. Ct. 1054, 178 L. Ed. 2d 860, 2011 U.S. LEXIS 990.

January 24, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Nebraska dismissed. See Rule 39.8.

**No. 10-7900. Robert Breest, Petitioner v. New Hampshire.**

562 U.S. 1197, 131 S. Ct. 1055, 178 L. Ed. 2d 860, 2011 U.S. LEXIS 921.

January 24, 2011. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Supreme Court of New Hampshire dismissed. See Rule 39.8.